Cornell Wilder C-16564
P.O. Box 2000  C-179L
Vacaville, CA 95696-2000


FILED
08 MAR 12 PM 12: 15
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District Of California

In re
    Cornell Wilder
Petitioner:


    Mike Knowels
Respondent

No: 08-1129 WHA (PR)
Notice Of Change Of Address
And Request For
Jurisdiction And Venue

To All Parties And Their Attorneys Of Record:
Please take notice that, effective immediately, Petitioner has moved. Petitioners new address is:
    Cornell Wilder C-16564
    P.O. Box 2000   C-179L
    Vacaville, California
        95696-2000

Jurisdiction

A habeas corpus petition may be filed either in the federal judicial district in which the petitioner is in custody or in the

(1)

1  the district of confinement.
2   Petitioner herein, request this court the Northern District
3  Court take jurisdiction and venue of his habeas corpus
4  petition.
5   Both this court and the Central District Court have
6  concurrent jurisdiction to entertain petitioners applica-
7  tion and may transfer the application to the other court
8  for hearing and determination. (28 USC § 2241(d).)
9   As a practical matter, California District courts ordin-
10 arily transfer habeas petitions to the district court that
11 has venue over the county in which the state court im-
12 posed sentence.
13  In this case venue lies in this the federal Nortern
14 District Court because petitioner was convicted in Al-
15 ameda County Superior Court, Oakland, California.
16
17  Petitioner cannot provide this Court with more than one
18 copy at this time. He is being denied access to the law
19 library and a copy machine.

24  March 9, 2008                    Cornell Wilder
        Date                         Declarants Signture

(2)

<u>Proof Of Service By Mail</u>

I, __Cornell Wilder__, declare:

I am over 18 years of age and a party to this action. I am a resident of __The California Medical Facility Level II__ prison, in the county of __Solano__, State of California. My prison address is: __P.O. Box 2000 C-179L Vacaville, California 95696-2000__

On __March 9, 2008__, I served the attached __Notice of Change of Address and Request For Jurisdiction And Venue__ on the parties herein by placing true and correct an orginial copy thereof, enclosed in a sealed envelope, with postage therein fully paided, in the United States Mail in a deposit box so provied at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows: __United States District Court For the Northern District, 450 Golden Gate Ave. S.F. CA 94102__

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct

Executed on __March 9, 2008__         _Cornell Wilder_
                Date                   Declarants Signature