008-1129 WHA

March 1, 2008

RECEIVED
FILED
MAR - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Dist. Ct. for the Northern District
450 Golden Gate Avenue
San Francisco, California 94102

This letter is to notify this Court that I, Cornell Wilder placed a writ of habeas corpus in the institutional mailbox at the California Mens Colony on February 18, 2008.

Due to pending transfer, I ask my Sister Sheila Wilder to mail a check for $5.01 to this Court as a payment for the filing fee. I was not sure if my inmate trust account was close due to my transfer on February 20, 2008.

At this point in time, I am currently housed at California Medical Facility, P.O. Box 2000, Vacaville, California 95696-2000. (Cornell Wilder C-16564, C-179 L)

I talk to my sister Sheila Wilder on March 1, 2008, she informed me that her check was returned to her.

What does this do to me, concerning my writ of habeas corpus, this matter is beyond my control.

My sister has already contact you by the time you receive this letter, what can I do now.

Your help, concerning this matter is greatly appreciated.

Thank You,
Cornell Wilder